## TIBBALS v. DABY.

*(Circuit Court, S. D. New York. December 6, 1880.)*

PATENTS—INFRINGEMENT—DECREE.
> Where one claim of a patent was infringed and the others were not, the usual decree will be entered.

*A. v. Briesen,* for plaintiff.
*G. H. Yeoman,* for defendant.

BLATCHFORD, C. J. I am of opinion that it is shown that the defendant has infringed claim 1 of patent No. 79,534, and that nothing is proved sufficient to show that said claim is invalid. I am also of opinion that the defendant's arrangement does not infringe claim 4, or 5, or 6 of patent No. 101,295, or any other claim of that patent. The usual decree will be entered for the plaintiff on claim 1 of patent No. 79,534, with costs.